IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MELVIN WILLIS                                                                                   PETITIONER
Reg. #48144-044

v.                              CASE NO. 2:24-CV-00141-BSM

CHAD GARRETT                                                                                  RESPONDENT

## ORDER

United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 3] is adopted, and Melvin Willis has complied by paying the $5 filing fee.

IT IS SO ORDERED this 17th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE