IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MELVIN WILLIAS**  PETITIONER
Reg. #48144-044

v.  CASE NO. 2:24-cv-00141-BSM

**CHAD GARRETT**  RESPONDENT

## ORDER

Having reviewed the record *de novo,* United States Magistrate Judge Joe Volpe's proposed findings and recommendations [Doc. No. 10] are adopted and Melvin Willis's petition for writ of habeas corpus [Doc. No. 1] is denied.

IT IS SO ORDERED this 11th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE