IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MELVIN WILLIS**                                                                 **PETITIONER**
Reg. #48144-044

v.                                    CASE NO. 2:24-cv-00141-BSM

**CHAD GARRETT**                                                                  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE